COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-04-222-CV

STEPHEN COLLIER APPELLANT

V.

ROSENDO RODRIQUEZ, JR. APPELLEE

------------

FROM THE COUNTY COURT AT LAW NO. 2 OF WICHITA COUNTY

------------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered “Appellant’s Motion To Withdraw Notice Of Appeal.”  In the motion, appellant acknowledges that this appeal is moot because the trial court reinstated his case to the active trial docket on July 15, 2004.  Because the appeal has become moot, we grant appellant’s motion and dismiss the appeal.  
See
 T
EX.
 R. A
PP.
 P. 42.1(a)(1), 43.2(f).

Appellant shall pay all costs of this appeal, for which let execution issue.

PER CURIAM

PANEL D: MCCOY, J.; CAYCE, C.J.; and LIVINGSTON, J.

DELIVERED: October 14, 2004

FOOTNOTES
1:
See 
Tex. R. App. P. 47.4.